■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. SCHILLAWSKI, Appellant. (Appeal No. 2.) [997 NYS2d 658]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered July 18, 2013. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Schillawski* ([appeal No. 1] 124 AD3d 1372 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.